# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTS DISTRICT HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01178-APG-NJK<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>(ECF No. 6) |

Defendant Colorado Casualty filed a motion to dismiss the complaint. ECF No. 6. I granted the plaintiff extra time to file a response (ECF No. 10) but the plaintiff still has not done so and the deadline passed weeks ago. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d).

IT IS THEREFORE ORDERED that defendant Colorado Casualty's motion to dismiss **(ECF No. 6) is GRANTED**. The clerk of the court shall close this case.

DATED this 12th day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE